Motion GRANTED. The initial case management conference is RESET for 10/16/2023 at 2:00 p.m.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY JONES, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 3:23-cv-00512 |
| ELECTRIC POWER BOARD OF METROPOLITAN NASHVILLE AND DAVIDSON COUNTY d/b/a NASHVILLE ELECTRIC SERVICE | ) Judge Aleta A. Trauger<br>) Jury Demanded |
| Defendant. | ) |

## MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff Timothy Jones ("Plaintiff") moves this Court to continue the initial Case Management Conference currently set for August 28, 2023. In support of this Motion, the Plaintiff states as follows:

1. The initial Case Management Conference is currently set for August 28, 2023, at 3:00 p.m.

2. No return of service has been made, but the Plaintiff expects to obtain service within the next week. As such, no appearance has been made and no responsive pleading has been filed on behalf of the Defendant, Electric Board of Metropolitan Nashville and Davidson County d/b/a/ Nashville Electric Service.

3. Counsel for the Plaintiff and the Defendant are scheduled to have mediation in a related case this Friday. Plaintiff expects to effectuate service at that time.