IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| TIMOTHY JONES | ) | |
| *Plaintiff*, | ) | Case No. 3:23-cv-512 |
| v. | ) | |
| ELECTRIC POWER BOARD OF | ) | Judge Aleta A. Trauger |
| METROPOLITIAN NASHVILLE AND | | |
| DAVIDSON COUNTY d/b/a/ NASHVILLE | ) | |
| ELECTRIC SERVICE | ) | |
| *Defendants*. | ) | |

**JOINT MEDIATION REPORT**

NOW COMES the parties Plaintiff Timothy Jones and Defendant Nashville Electric Service, by and through counsel, and file this Joint Mediation Report. In support thereof, the parties state as follows.

1.      Pursuant to the Initial Case Management Order (ECF 22) the parties are to file a Joint Mediation Report.

2.      Counsel for the parties have conferred regarding mediation. The parties engaged in mediation with private mediator Michael Russell on August 1, 2024.

3.      The matter did not settle at mediation. The parties will continue settlement discussions.

4.      The parties will notify the Court should they require additional assistance with alternative dispute resolution.

Respectfully submitted,

**HUNTER LAW FIRM, PLC**

*/s Anne Bennett Hunter*
Anne Bennett Hunter BPR # 022407
101 Creekside Xing, Suite 1700-307
Brentwood, TN 37027
(615)592-2977
anne@hunteremploymentlaw.com

**JESSE HARBISON LAW, PLLC**

*/s Jesse Harbison*
Jesse Harbison BPR # 032105
P.O. Box 68251
Nashville, TN 37206
(629) 201-7284
jesse@jesseharbisonlaw.com

*Attorneys for Plaintiff*

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

*/s Mary Dohner Smith (by permission)*
Mary Dohner Smith BPR # 021451
William A. Blue, Jr. BPR # 010378
Jacob A. Freeland BPR # 039696
750 Old Hickory Blvd. Ste. 260-2
Brentwood, TN 37027
(615) 340-3800
mdohner@constangy.com
zblue@constangy.com
jfreeland@constangy.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served via the Court's electronic filing system on August 8, 2024 to counsel of record listed below:

**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**

Mary Dohner Smith BPR # 021451
William A. Blue, Jr. BPR # 010378
Jacob A. Freeland BPR # 039696
750 Old Hickory Blvd. Ste. 260-2
Brentwood, TN 37027
(615) 340-3800
mdohner@constangy.com
zblue@constangy.com
jfreeland@constangy.com

*Counsel for Defendant*

/s Anne Bennett Hunter
Anne Bennett Hunter