**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY JONES** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number: 3:23-cv-00512** |
| | ) | |
| **ELECTRIC POWER BOARD OF** | ) | **Judge Aleta A. Trauger** |
| **METROPOLITAN NASHVILLE AND** | ) | |
| **DAVIDSON COUNTY d/b/a** | ) | **Jury Demanded** |
| **NASHVILLE ELECTRIC SERVICE** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

## JOINT STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below, the parties hereby stipulate to dismissal of this matter, *with prejudice*. Defendant agrees to the voluntary dismissal of this case on the condition that it is dismissed *with prejudice*, and Plaintiff agrees to such designation of the dismissal.

Thus, it appearing the parties have resolved the matter and agreed to the dismissal of the matter *with prejudice*,

IT IS HEREBY ORDERED that this matter is dismissed *with prejudice*, and each party shall bear its own costs of litigation, including court costs.

SO ORDERED THIS _____ DAY OF _____, 2024

_____
ALETA A. TRAUGER
U.S. District Judge

1

APPROVED FOR ENTRY:

Dated: September 26, 2024

Respectfully submitted,

*/s / Mary Dohner Smith*

Mary Dohner Smith, TN BPR No. 021451
William A. Blue, Jr., TN BPR No. 10378
Jacob A. Freeland, TN BPR No. 039696
**CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP**
750 Old Hickory Blvd. Ste. 260-2
Brentwood, TN  37027
615.340.3800
zblue@constangy.com
mdohner@constangy.com
jfreeland@constangy.com

*Counsel for Defendant*

Hunter Law Firm

*/s / Anne Bennett Hunter*

Anne Bennett Hunter, BPR # 02407
101 Creekside Crossing, Suite 1700-307
Brentwood, TN 37027
(615) 592-2977
anne@hunteremploymentlaw.com
Jesse Harbison Law PLLC

*/s / Jesse Ford Harbison*

Jesse Ford Harbison, BPR # 032105
P.O. Box 68251
Nashville, TN 37206
(629) 201-7284
jesse@jesseharbisonlaw.com

Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the STIPULATION OF JOINT DISMISSAL has been furnished to the below individuals via the Court's electronic filing system and/or by depositing same in the United States Mail, postage prepaid, on September 26, 2024.

Anne Bennett Hunter, BPR # 02407
101 Creekside Crossing, Suite 1700-307
Brentwood, TN 37027
(615) 592-2977
anne@hunteremploymentlaw.com
Jesse Harbison Law PLLC

Jesse Ford Harbison, BPR # 032105
P.O. Box 68251
Nashville, TN 37206
(629) 201-7284
jesse@jesseharbisonlaw.com

*Attorneys for Plaintiff*

*s/ Mary Dohner-Smith*
Mary Dohner Smith