IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY JONES | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 3:23-cv-00512 |
| ELECTRIC POWER BOARD OF METROPOLITAN NASHVILLE AND DAVIDSON COUNTY d/b/a NASHVILLE ELECTRIC SERVICE | ) Judge Aleta A. Trauger ) Jury Demanded |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL**

As evidenced by the signatures of counsel below, the parties hereby stipulate to dismissal of this matter, *with prejudice*. Defendant agrees to the voluntary dismissal of this case on the condition that it is dismissed *with prejudice*, and Plaintiff agrees to such designation of the dismissal.

Thus, it appearing the parties have resolved the matter and agreed to the dismissal of the matter *with prejudice*,

IT IS HEREBY ORDERED that this matter is dismissed *with prejudice*, and each party shall bear its own costs of litigation, including court costs.

SO ORDERED.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

Dated: September 26, 2024

Respectfully submitted,

*/s / Mary Dohner Smith*
Mary Dohner Smith, TN BPR No. 021451
William A. Blue, Jr., TN BPR No. 10378
Jacob A. Freeland, TN BPR No. 039696
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
750 Old Hickory Blvd. Ste. 260-2
Brentwood, TN  37027
615.340.3800
zblue@constangy.com
mdohner@constangy.com
jfreeland@constangy.com

*Counsel for Defendant*

Hunter Law Firm

/s */ Anne Bennett Hunter*
Anne Bennett Hunter, BPR # 02407
101 Creekside Crossing, Suite 1700-307
Brentwood, TN 37027
(615) 592-2977
anne@hunteremploymentlaw.com
Jesse Harbison Law PLLC

/s */ Jesse Ford Harbison*
Jesse Ford Harbison, BPR # 032105
P.O. Box 68251
Nashville, TN 37206
(629) 201-7284
jesse@jesseharbisonlaw.com

Attorneys for Plaintiff